THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RASTELLI BROTHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATURA FOODS, L.L.C., et al.,<br><br>Defendants. | Civil No. 24-230 (KMW)(EAP) |

## ORDER

This matter having come before the Court on Plaintiff Rastelli Brothers Inc.'s Motion for Attorneys' Fees, Costs, and Expenses, ECF No. 25; and the Court noting that no opposition has been filed; and the Court having considered the Report and Recommendation submitted by the Honorable Elizabeth A. Pascal, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2); and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous nor contrary to law; and for good case shown;

IT IS this 2nd day of January 2025,

ORDERED that the Report and Recommendation is **ADOPTED**; and it is further

ORDERED that Plaintiff Rastelli Brothers, Inc.'s Motion for Attorneys' Fees, Costs, and Expenses is **GRANTED**; and it is further

ORDERED that Defendants shall pay Plaintiff attorneys' fees, costs, and expenses in the total amount of **$43,349.65**.

KAREN M. WILLIAMS
United States District Judge